**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MIDDLEBURG POLO CLUB, INC., *Plaintiff*, | ) | |
| v. | ) | Case No. 1:23-cv-1291-RDA-IDD |
| JOHN GOBIN *Defendant*. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Middleburg Polo Club, Inc. hereby submits this voluntary dismissal of the above-captioned matter with prejudice, with all parties bearing responsibility for their own fees and cost incurred in this matter.

Date: January 15, 2024

Respectfully submitted,

*/Kandis M. Koustenis/*

Kandis M. Koustenis, VSB No. 91607
Harrison J. Clinton, VSB No. 95732
Joseph P. Macy, VSB No. 98820
**BEAN, KINNEY & KORMAN, PC**
2311 Wilson Boulevard, Suite 500
Arlington, VA 22201
(703) 525-4000 (phone)
(703) 525-2207 (fax)
kkoustenis@beankinney.com
hclinton@beankinney.com
jmacy@beankinney.com

*Attorneys for Plaintiff Middleburg Polo Club, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2024, a copy of the foregoing document was served on the below listed counsel by electronic mail:

Ilene Marie Tognini, Esq.
Eques Law PA
42395 Ryan Road
Suites 112-117
Ashburn, VA 20148
ITognini@EquesLaw.US

Ilene Marie Tognini, Esq.
Eques Law PA
12161 Ken Adams Way
Suite 213
Wellington, FL 33414

*/Kandis M. Koustenis/*
Kandis M. Koustenis