IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MIDDLEBURG POLO CLUB, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:23-cv-1291 (RDA/IDD) |
| | ) | |
| JOHN GOBIN | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on the Plaintiffs' Notice of Voluntary Dismissal. Dkt. 13. Plaintiff seeks dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, Plaintiff's Complaint is DISMISSED without prejudice.

The Clerk is directed to close this civil action.

IT IS SO ORDERED.

Alexandria, Virginia
January 17, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge